THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISHAM MOORE, Appellant.

Submitted March 22, 2010; decided March 25, 2010

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAHID MUHAMMAD, Appellant.

Submitted March 22, 2010; decided March 25, 2010

Motion for assignment of counsel granted only to the extent that Thomas J. Eoannou, Esq., 484 Delaware Ave., Buffalo, New York 14202 is assigned without fee to represent appellant on the appeal herein. Counsel may, however, apply for reimbursement of necessary disbursements incurred in connection with the assignment.